IN THE UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF ARKANSAS
FORT SMITH DIVISION

TWO STATE SOD FARMS, LLC                                                    PLAINTIFF

v.                                    Civil No. 03-2121

L & S TRUCK & TRAILER SALES, INC., et al.                              DEFENDANTS

**O R D E R**

Comes on for consideration, plaintiff's motion for writ of execution filed August 4, 2005, (Doc. #51). Defendant has not responded. For reasons stated in plaintiff's motion, the request is hereby granted and plaintiff is authorized and directed to file with the Clerk of Court a writ of execution.

IT IS SO ORDERED this 22nd day of August 2005.

/s/Beverly Stites Jones
HON. BEVERLY STITES JONES
UNITED STATES MAGISTRATE JUDGE